IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01912-CMA-KLM

JACQUELINE WALKER,

Plaintiff,

v.

DISCOVER GOODWILL OF SOUTHERN & WESTERN COLORADO,

Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Unopposed Motion to Allow Insurance Adjuster to Be Available by Telephone** [#18] (the "Motion"). As the parties have reached a settlement in this matter,

IT IS HEREBY **ORDERED** that the Motion [#18] is **DENIED as moot**.

Dated: October 8, 2014