IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01912-CMA-KLM

JACQUELINE WALKER,

    Plaintiff,

v.

DISCOVER GOODWILL OF SOUTHERN & WESTERN COLORADO,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Vacate Scheduling Conference** [#23] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#23] is **DENIED as moot**. The Scheduling Conference was vacated by the Court when the parties reached settlement on October 7, 2014.

    Dated: November 13, 2014