**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 14-cv-01912-CMA-KLM

JACQUELINE WALKER,

    Plaintiff,

v.

DISCOVER GOODWILL OF SOUTHERN & WESTERN COLORADO,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on Defendant's Unopposed Motion for Order of Dismissal With Prejudice (Doc. # 27), and the Stipulation for Dismissal With Prejudice (Doc. # 22), signed by the attorneys for the parties hereto, it is

ORDERED that Defendant's Motion (Doc. # 27) is GRANTED, and this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney fees and costs.

DATED:  December 9, 2014

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Court Judge